### WATSON v. THE STATE.

ATKINSON, J. There was no exception to any ruling upon any question of law. The evidence was sufficient to support the verdict. The discretion of the judge in refusing a new trial will not be disturbed.

*Judgment affirmed.   All the Justices concur.*

OCTOBER 11, 1910.

Indictment for murder.   Before Judge Rawlings.   Emanuel superior court.   May 12, 1910.

*Daniel & Smith,* for plaintiff in error.

*H. A. Hall, attorney-general,* and *Alfred Herrington, solicitor-general,* by *Hines & Jordan,* contra.

---

### RUSHING v. THE STATE.

EVANS, P. J. 1. In the prosecution of one charged with having killed an officer who at the time was attempting to execute a warrant which he had with him, the warrant, when apparently legal on its face, is admissible in evidence without any preliminary proof of the prior proceedings attending its issuance.   Wharton on Homicide, § 392.

2. There was no evidence of a forcible attack and invasion of the habitation of the defendant; and the court properly omitted giving Penal Code, § 72, in charge.

3. No error of law was committed; the verdict is supported by the evidence; and no cause for granting a new trial is made to appear.

*Judgment affirmed.   All the Justices concur.*

OCTOBER 11, 1910.

Indictment for murder.   Before Judge Lewis.   Jones superior court.   May 21, 1910.

*Moore & Moore,* for plaintiff in error.

*H. A. Hall, attorney-general, J. E. Pottle, solicitor-general, J. B. Jackson,* and *J. C. Barron,* contra.